UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BLOOMBERG L.P.,							:

                    Plaintiff,					:

            - against -						:    Case No. 08-cv-9595 (LAP)

BOARD OF GOVERNORS OF THE				:    RULE 7.1 STATEMENT
FEDERAL RESERVE SYSTEM,
									:
                    Defendant.
-------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Bloomberg L.P. ("Bloomberg") certifies that Bloomberg is a limited partnership organized under the laws of the State of Delaware, that it has no parent corporation, and that no publicly held corporation owns 10 percent or more of Bloomberg's limited partnership interests.

Dated:  New York, New York
          November 7, 2008

                                     WILLKIE FARR & GALLAGHER LLP

                                     By: _____
                                     Thomas H. Golden
                                     Jared Cohen

                                     787 Seventh Avenue
                                     New York, New York 10019
                                     (212) 728-8000
                                     tgolden@willkie.com
                                     jcohen@willkie.com

                                     Attorneys for Plaintiff Bloomberg L.P.