UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BLOOMBERG L.P.,

                Plaintiff,

- against -

BOARD OF GOVERNORS OF THE FEDERAL
RESERVE SYSTEM,

                Defendant.

-----------------------------------------------------------------x

Index No. 08CV9595

AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

      JEFFREY T. LUM, being duly sworn, deposes and states that he is not a party to the within action, is over the age of 18 years and resides in Queens, New York.

      That on the 7th day of November, 2008, at approximately 4:30 pm, deponent served the Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Electronic Case Filing Rules and Instructions, the Individual Practices of Judge Loretta A. Preska and Magistrate Ronald L. Ellis on the Board of Governors of the Federal Reserve System, by personally leaving true copies with Aretha Charles, Civil Clerk with the United States Attorney's office, at 86 Chambers Street, New York, NY 10007.

      Deponent describes Aretha Charles as a black female, approximately 35 years of age, standing approximately 5'5" and weighing 140 pounds.

On the 7th day of November, 2008 deponent served the Board of Governors of the Federal Reserve System by enclosing true copies of the same in properly addressed wrappers, Certified Mail, return receipt requested in the custody of the United States Post Office, located at 322 West 52nd Street, New York, New York, directed to the following:

        The U.S. Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001

        Post Office receipt number:
        7002 1670 0006 6148 8642


        Board of Governors of the Federal Reserve System
        20th & Constitution Avenue, NW
        Washinton DC 20551

        Post Office receipt number:
        7002 1670 0006 6148 8635

Sworn to before me this
24th day of November, 2008

        Jeffrey T. Lum
        Process Server Lic. No. 0991877

Notary Public
EDWARD SHAPIRO
Notary Public, State of New York
No. 01SH6192461
Qualified in New York County
Commission Expires Sept. 2, 2012