USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/09

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BLOOMBERG L.P.,

    Plaintiff,

v.

BOARD OF GOVERNORS OF
THE FEDERAL RESERVE
SYSTEM,

    Defendant.

Civ. No. 08 CV 9595 (LAP)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties in the above captioned action, that:

1. The defendant Board of Governors of the Federal Reserve System ("Board") shall be permitted to file an initial brief in support of its Motion for Summary Judgment in excess of the Court's 20-page limit. The Board's initial brief will not exceed 55 pages.

2. The plaintiff Bloomberg L.P. shall be permitted to file a brief in Opposition to the Board's Motion for Summary Judgment in excess of the Court's 20-page limit. The plaintiff's Opposition brief will not exceed 55 pages.

3. The Board may file a Reply to the plaintiff's Opposition in excess of the Court's 10-page limit. The Board's Reply will not exceed 25 pages.

1

Dated: February 24, 2009

/s/ Yvonne F. Mizusawa
Katherine H. Wheatley (KW7934)
Associate General Counsel
Yvonne F. Mizusawa (YM5081)
Senior Counsel
Board of Governors of the Federal
  Reserve System
20th and C Streets, N.W.
Washington, D.C. 20551
Ph: (202) 452-3436
Fax: (202) 736-5615


/s/ Thomas H. Golden

Thomas H. Golden
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

Attorneys for Plaintiff Bloomberg L.P.

Counsel is reminded that text and footnotes shall be in 12-point type with normal margins

So Ordered:

*[signature]*
United States District Judge

February 25, 2009

2