UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BLOOMBERG L.P.,                              :

                    Plaintiff,      :      Case No. 08 CV 9595

          - against -            :      PLAINTIFF BLOOMBERG L.P.'S
                                 NOTICE OF CROSS-MOTION
BOARD OF GOVERNORS OF THE          :      FOR SUMMARY JUDGMENT
FEDERAL RESERVE SYSTEM,

                              :

                 Defendant.

------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the

Statement of Material Facts Not in Dispute, and the declarations of Scott S. Rose, Charles J.

Glasser, and Sharon Brown-Hruska, and the attachments thereto, Plaintiff Bloomberg L.P.

("Bloomberg") respectfully cross-moves the Court, before the Honorable Loretta A. Preska, at

the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom

12A, New York, New York, for an order granting summary judgment pursuant to Federal Rule

of Civil Procedure 56, ordering the relief that Bloomberg seeks in its Amended Complaint in the

above-captioned matter on the grounds that Bloomberg is entitled to the documents that it

requested under the Freedom of Information Act, 5 U.S.C. § 552 and that Bloomberg is entitled

to as a matter of law.

Dockets.Justia.com

Dated:   New York, New York
         April 15, 2009

                                        WILLKIE FARR & GALLAGHER LLP

                                        By: _____
                                            Thomas H. Golden
                                            Scott S. Rose
                                            Jared E. Cohen

                                            787 Seventh Avenue
                                            New York, New York 10019
                                            (212) 728-8000
                                            tgolden@willkie.com
                                            srose@willkie.com
                                            jcohen@willkie.com

                                            Attorneys for Plaintiff Bloomberg L.P.

Of Counsel:

Charles J. Glasser, Jr., Esq.
Global Media Counsel, Bloomberg News
731 Lexington Avenue
New York, New York 10022
(212) 617-4529
cglasser@bloomberg.net

TO:      Katherine H. Wheatley
         Yvonne F. Mizusawa
         Board of Governors of the Federal Reserve System
         20th and C Streets, N.W.
         Washington, D.C. 20551
         Kit.Wheatley@frb.gov
         Yvonne.F.Mizusawa@frb.gov