UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BLOOMBERG L.P.,                                          :

               Plaintiff,              :

              - against -                    :

BOARD OF GOVERNORS OF THE                                :
FEDERAL RESERVE SYSTEM,
                                              :
               Defendant.
-------------------------------------------------------------x

Case No. 08 CV 9595

DECLARATION OF CHARLES J. GLASSER, JR., ESQ.

I, CHARLES J. GLASSER, JR., ESQ., declare as follows:

1. I am Global Media Counsel for Bloomberg News, which is owned and operated by Plaintiff Bloomberg L.P. ("Bloomberg"). I submit this declaration in opposition to the Board of Governors of the Federal Reserve System's Motion for Summary Judgment and in support of Bloomberg's Cross-Motion for Summary Judgment. I make this declaration on my own personal knowledge, except as to matters expressly stated to be upon information and belief, and as to those, I believe them to be true.

2. Bloomberg is a limited partnership organized and existing under the laws of the State of Delaware, with its principal place of business at 731 Lexington Avenue, New York, New York.

3. Bloomberg supplies real-time business, financial, and legal news to more than 250,000 subscribers worldwide.

4. Bloomberg News is a 24-hour global news service with more than 2,200 employees in 145 bureaus around the world. As a wire service, Bloomberg provides news to more than 400 newspapers globally.

5. Bloomberg also provides television and radio programming throughout the world through its 24-hour news television stations and radio affiliates.

6. Bloomberg publishes a monthly magazine and more than 50 books each year, and its website receives 3.5 million visits each month.

7. In total, Bloomberg distributes news, information, and commentary to millions of people each day, and has published more than one hundred million stories.

8. On information and belief, on May 20, 2008, Bloomberg reporter Mark Pittman submitted to the Board a FOIA request seeking certain records related to the Fed's loan programs.

9. On information and belief, on or around July 8, 2008, Alison Thro, Senior Counsel and FOIA Public Liaison of the Board, informed Mr. Pittman by telephone that the Board was processing his request.

10. On information and belief, on or around August 15, 2008, Ms. Thro and a colleague, Pam Wilson, informed Mr. Pittman by telephone that the Board expected that it would provide a formal denial of his request by the end of September 2008.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed in New York, New York on this 15 day of April, 2009.

_____
CHARLES J. GLASSER, JR., ESQ.