UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
BLOOMBERG L.P.,                  :
                                 :
              Plaintiff,         :     08 Civ. 9595 (LAP)
                                 :
         v.                      :     ORDER
                                 :
BOARD OF GOVERNORS OF THE        :
FEDERAL RESERVE SYSTEM,          :
                                 :
              Defendant.         :
--------------------------------x

LORETTA A. PRESKA, United States District Chief Judge

The Plaintiff and Defendant are directed to submit additional briefing on the issue of whether the Federal Reserve Bank of New York is an agency under FOIA. (Compare Plaintiff Bloomberg L.P.'s Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment and in Support of its Cross-Motion for Summary Judgment at 17-19, with Defendant Board of Governors of the Federal Reserve System's Reply and Opposition to Plaintiff's Cross Motion for Summary Judgment at 9-10.)

Defendant shall electronically file a Supplemental Memorandum of Law on or before close of business Thursday, July 23, 2009, and distribute courtesy copies to the Court and Plaintiff. Plaintiff shall electronically file a Supplemental Memorandum of Law on or before close of business Tuesday, July 28, 2009, and distribute courtesy copies to the Court and Defendant. Supplemental Memoranda of Law shall be no longer than five pages.

SO ORDERED

Dated: July 20, 2009
New York, New York

_____
LORETTA A. PRESKA
U.S.D.J.