UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLOOMBERG L.P.,

               Plaintiff,

      -against-

BOARD OF GOVERNORS OF THE FEDERAL
RESERVE SYSTEM,

              Defendant.
------------------------------------------------------------X

08 CIVIL 9595(LAP)

**JUDGMENT**

Both parties having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Loretta A Preska, United States District Judge, and the Court, on August 24, 2009, having rendered its Opinion and Order granting plaintiff's motion for summary judgment, denying defendant's motion, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated Aug 26, 2009, plaintiff's motion for summary judgment is granted, defendants' motion for summary judgment is denied.

**Dated:** New York, New York
       August 26, 2009

J. MICHAEL McMAHON
_____
Clerk of Court
BY: _____
Deputy Clerk
THIS DOCUMENT WAS ENTERED ON THE DOCKET ON 8/26/09