**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
BLOOMBERG L.P.,                                               :
                                                              :
                      Plaintiff,         :        Case No. 08 CV 9595 (LAP)
                                                              :
              -v-                             :
                                                              :
                                                              :        **NOTICE OF APPEARANCE**
BOARD OF GOVERNORS OF THE FEDERAL       :        **FOR ROBERT J. GIUFFRA, JR.**
RESERVE SYSTEM,                                               :
                                                              :
                      Defendant.         :
                                                              :
                                                              :
---------------------------------------------------------------x

To the Clerk of this Court and all counsel of record:

       Please enter my appearance as counsel in this action for intervenor The Clearing House Association L.L.C. ("The Clearing House").

       I certify that I am admitted to practice in this Court.

Dated: September 21, 2009.

                                                          /s/ Robert J. Giuffra, Jr.
                                                             Robert J. Giuffra, Jr.