UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
BLOOMBERG L.P., :
:
               Plaintiff, : Case No. 08 CV 9595 (LAP)
:
-v- :
:
: **NOTICE OF APPEARANCE**
BOARD OF GOVERNORS OF THE FEDERAL : **FOR WILLIAM J. SNIPES**
RESERVE SYSTEM, :
:
               Defendant. :
:
:
------------------------------------------------------------x

To the Clerk of this Court and all counsel of record:

      Please enter my appearance as counsel in this action for intervenor The Clearing House Association L.L.C. ("The Clearing House").

      I certify that I am admitted to practice in this Court.

Dated: September 21, 2009.

                                           /s/ William J. Snipes
                                              William J. Snipes