## CERTIFICATE OF SERVICE

I herby certify that on September 9, 2009, I caused a true and correct copy of the foregoing letter to Chief Judge Loretta Preska, Notice of Motion to Intervene by the Clearing House Association L.L.C., Memorandum of Law in Support of The Clearing House Association L.L.C.'s Motion to Intervene, and Proposed Notice of Appeal by The Clearing House Association L.L.C. to be delivered by U.S. mail to the following:

Yvonne Facchina Mizusawa, Esq.
Board of Governors of The Federal Reserve System
20th and C Sts., N.W.
Washington, DC 20551

Thomas H. Golden, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

_____
Patrice A. Rouse