UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
BLOOMBERG L.P., : Case No. 08 CV 9595 (LAP)
:
                Plaintiff, :
: **[PROPOSED] NOTICE OF**
     -v- : **APPEAL BY THE CLEARING**
: **HOUSE ASSOCIATION L.L.C.**
:
BOARD OF GOVERNORS OF THE FEDERAL :
RESERVE SYSTEM, :
:
                Defendant. :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE that intervenor The Clearing House Association L.L.C. (the "Clearing House"), on behalf of itself and its members, hereby appeals to United States Court of Appeals for the Second Circuit from the attached Opinion and Order of the Honorable Loretta A. Preska, dated August 24, 2009, requiring the Board of Governors of the Federal Reserve System to produce documents that contain confidential financial information about certain members of the Clearing House.

| | |
|---|---|
| Dated: September ___, 2009 | Respectfully submitted, |
| | _____ |
| | H. Rodgin Cohen |
| | Michael M. Wiseman |
| | Robert J. Giuffra, Jr. |
| | William J. Snipes |
| | SULLIVAN & CROMWELL LLP |
| | 125 Broad Street |
| | New York, NY 10004 |
| | Telephone: (212) 558-4000 |
| | Facsimile: (212) 558-3588 |
| | |
| | *Attorneys for Intervenor The Clearing House Association L.L.C.* |