UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                     :

BLOOMBERG L.P.,                                      :

                     Plaintiff,                               :     Case No. 08 CV 9595 (LAP)

                 -v-                                           :

                                                     :     **DECLARATION OF**

BOARD OF GOVERNORS OF THE FEDERAL   :     **ROBERT J. GIUFFRA, JR.**
RESERVE SYSTEM,

                    Defendant.

------------------------------------------------------------x

         ROBERT J. GIUFFRA, JR. declares as follows:

         1.        I am admitted to the Bar of this Court and am a member of the law firm of Sullivan & Cromwell LLP, counsel for proposed intervenor The Clearing House Association L.L.C. (the "Clearing House") in the above-captioned action. I submit this Declaration in support of the Clearing House's Motion to Intervene dated September 9, 2009.

         2.        Attached hereto as Exhibit A is a true and correct copy of a printout of the Federal Reserve Discount Window's Frequently Asked Questions webpage (http://www.frbdiscountwindow.org/dwfaqs.cfm), as visited on September 9, 2009.

         3.        Attached hereto as Exhibit B is a true and correct copy of a Washington Post article titled *Wachovia Is Sold As Depositors Flee*, dated September 30, 2008.

         4.        Attached hereto as Exhibit C is a true and correct copy of a Bloomberg News article titled *Bear Stearns Shares Fall on Liquidity Speculations*, dated March 10, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of a Bloomberg News article titled *Fuld Blames Lehman's Fall on Rumors, 'Storm of Fear,'* dated October 6, 2008.

6. Attached hereto as Exhibit E is a true and correct copy of a Wall Street Journal article titled *Lehman's Demise Triggered Cash Crunch Around Globe: Decision to Let Firm Fail Marked a Turning Point in Crisis*, dated September 29, 2008.

7. Attached hereto as Exhibit F is a true and correct copy of an excerpt of a JPMorgan Chase & Co. Registration Statement on Form S-4, filed with the Securities and Exchange Commission on April 11, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on September 9, 2009.

Robert Y. Giuffra, Jr.