primary or secondary credit facilities as a backup source of short-term funds. The Federal Reserve does not routinely share information about institutions' borrowing with regulators. Regulators may, however, obtain information about an institution's borrowing history when they are investigating a potential supervisory problem.

**10. Does the Federal Reserve publish information about which depository institutions are allowed to borrow from the Discount Window at the primary credit rate?**

No. The Federal Reserve will not publish information regarding institutions' eligibility for primary or secondary credit.

**11. How does the Federal Reserve publish data on borrowings under the primary and secondary credit programs?**

Each week, the Board of Governors reports ➔ total borrowing under each lending program for the nation as a whole as well as the sum of borrowing under all programs for each Federal Reserve District. The Federal Reserve does not publish information about individual institution's borrowings.

**12. The Federal Reserve describes the primary credit program as a 'no questions asked' program with minimum administration. What does that mean?**

Under the amended Regulation A in place since the beginning of 2003, qualified depository institutions seeking overnight primary credit ordinarily are asked to provide only the minimum amount of information necessary to process the loan. In nearly all cases, this would be limited to the amount and term of the loan. Should an institution's pattern of borrowing or the nature of a particular borrowing request strongly indicate that the depository institution is not using primary credit as a backup source of short-term liquidity, or if the request raises questions regarding an institution's eligibility for primary credit, the Reserve Bank may seek additional information. Depository institutions are not required to seek funds elsewhere before requesting a Discount Window loan and will not be asked if they have sought funds elsewhere.

As has always been the case, a Federal Reserve Bank has no obligation to make, increase, renew, or extend any loan or advance to any institution.

**13. How many times may a depository institution borrow**

from the Discount Window in any given period?

No frequency guidelines exist and there is no expectation that any will be established. Reserve Banks evaluate frequency of borrowing in the context of primary credit being a backup source of short-term liquidity. Moreover, the Federal Reserve encourages depository institutions to borrow primary credit freely when federal funds trade at a rate above the primary credit rate.

**14. Is there any threshold for the size of a loan beyond which a Reserve Bank will ask the depository institution some questions regarding the loan?**

No size limitations or thresholds exist. Reserve Banks use judgment to decide when, if at all, a loan request is large enough to warrant asking questions at the time of the request or after the fact.

**15. In what situations may a Reserve Bank extend primary credit for consecutive days? What is the maximum period that credit can be outstanding?**

Please Note: On March 17, 2008, the primary credit program was temporarily changed to allow primary credit loans for terms of up to 90 days. Also, the spread of the primary credit rate over the FOMC's target federal funds rate has been reduced to 25 basis points. These changes will remain until the Federal Reserve determines that market liquidity has improved.

Primary credit may be extended for periods of up to approximately one month to small depository institutions in generally sound financial condition that cannot obtain temporary funds in the market at reasonable terms. Credit extensions outstanding for more than several consecutive days may be subject to increased administration. The borrower may be asked to explain why it needs longer-term credit. Reserve Banks may make multi-day secondary credit loans to enable a timely return to a reliance on market sources of funding or the orderly resolution of a troubled institution. The appropriate duration of multi-day loans will be at the discretion of the local Reserve Bank. Borrowing by depository institutions when the federal funds rate rises to or above the primary credit rate is not subject to any frequency considerations.

**16. What procedures should a depository institution follow to borrow from the Discount Window?**

A depository institution should contact its Reserve Bank using the toll free number listed below:

| Federal Reserve Bank-District | Toll-Free Discount Window Number |
|---|---|
| Atlanta-6 | 888-500-7390 |
| Boston-1 | 800-716-3773 |
| Chicago-7 | 800-380-3762 |
| Cleveland-4 | 888-719-4636 |
| Dallas-11 | 877-682-3256 |
| Kansas City-10 | 800-333-2987 |
| Minneapolis-9 | 877-837-8815 |
| New York-2 | 866-226-5619 |
| Philadelphia-3 | 800-372-2011 |
| Richmond-5 | 800-526-2036 |
| San Francisco-12 | 866-974-7475 |
| St. Louis-8 | 866-666-8316 |

Requests for loans must be made by authorized individuals per the borrowing resolution of the depository institution. Information about legal documentation required to borrow from the Discount Window is available on this website at http://www.frbdiscountwindow.org/agreements.cfm or from the Reserve Banks. All Discount Window loans must be secured to the satisfaction of the Reserve Bank.

Institutions may request a loan at any time during the business day. Normally, loans are posted to borrowers' (or their correspondents') accounts at the close of Fedwire (see question 17). Please refer to The Mechanics of Borrowing for additional information.

**17. When are the proceeds of Discount Window loans made available to the borrower? When is the subsequent repayment posted?**

As noted in Operating Circular No. 10[PDF; 249K]⊃, loan proceeds normally are made available at the close of Fedwire (usually 6:30 pm ET ) on the day the advance is approved by the Reserve Bank. Reserve Banks may approve requests for earlier availability. Discount Window credit is extended for 24 hours, or multiples thereof. The repayment will be booked at the same time of day that the funds were made available to the borrower.

**Seasonal Lending Program**

**18. What is the purpose of the seasonal lending program? Where can I find more information about the seasonal lending program?**

Under the seasonal lending program, small depository institutions with a recurring, seasonal need for funds may qualify to borrow from the discount window for up to nine months during the calendar year to meet seasonal borrowing needs of the communities they serve. Institutions with deposits of less than $500 million that experience fluctuations in deposits and loans caused by construction, college, farming, resort, municipal financing and other seasonal types of business frequently qualify for the seasonal lending program. More information about the seasonal lending program is available on the Seasonal Lending Program page of this website.

**19. Did the introduction of the primary and secondary credit programs have any impact on the seasonal credit program?**

The only change to the seasonal credit program is that the previous requirement that the seasonal credit rate be at or above the basic discount rate has been eliminated.

**20. If a depository institution is in the seasonal credit program, may it use seasonal credit rather than the primary credit facility for short-term needs?**

Yes. If an institution qualifies for and is granted a seasonal line, the institution decides when to draw on the line.

Top of Section | Top of Page