UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BLOOMBERG L.P.,

    Plaintiff,

v.

BOARD OF GOVERNORS OF
THE FEDERAL RESERVE
SYSTEM,
    Defendant,
and

CLEARING HOUSE ASS'N LLC,

    Intervenor-Defendant.

Civ. No. 08 CV 9595 (LAP)

FILED U.S. DC
SEP 3 0 2009
S.D. OF N.Y.

## NOTICE OF APPEAL IN A CIVIL CASE

Notice is hereby given this 30th day of September, 2009, that defendant the Board of Governors of the Federal Reserve System ("Board") appeals to the United States Court of Appeals for the Second Circuit from the Order of the District Court dated August 24, 2009, denying the Board's motion for summary judgment and directing the Board to produce documents under FOIA, and from the Judgment denying the Board's motion for summary judgment entered August 26, 2009.

Katherine H. Wheatley (KW7931)
Associate General Counsel
Yvonne F. Mizusawa (YM5081)
Senior Counsel
20th and C Streets, N.W.
Washington, D.C. 20551
Ph: (202) 452-3436
*Attorneys for Defendant Board of Governors*
*of the Federal Reserve System*