UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BLOOMBERG L.P.,

                Plaintiff,

        -v-

BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM,

                Defendant.

-----------------------------------------------------------x

Case No. 08 CV 9595 (LAP)

**NOTICE OF APPEAL BY THE CLEARING HOUSE ASSOCIATION L.L.C.**

FILED U.S. D.C.
SEP 30 2009
S.D. OF N.Y.

## NOTICE OF APPEAL IN A CIVIL CASE

PLEASE TAKE NOTICE that Intervenor The Clearing House Association L.L.C. (the "Clearing House"), on behalf of itself and its members, hereby appeals to the United States Court of Appeals for the Second Circuit from the attached Order of the District Court, dated August 24, 2009 (Exhibit A hereto), denying Defendant Board of Governors of the Federal Reserve System's (the "Board") motion for summary judgment and directing the Board to produce documents under FOIA, and from the attached Judgment (Exhibit B hereto) denying the Board's motion for summary judgment entered August 26, 2009. In the attached Order, dated

September 17, 2009 (Exhibit C hereto), the District Court granted the Clearing House's motion to intervene in this action.

Dated: September 30, 2009

Respectfully submitted,

H. Rodgin Cohen
Michael M. Wiseman
Robert J. Giuffra, Jr.
William J. Snipes
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Intervenor The Clearing House Association L.L.C.*